**United States Bankruptcy Court**
**District of Massachusetts**

**IN RE:**                                                                    Case No. _____

Boucher, Mary                                                            Chapter **13** _____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **November 14, 2011** _____    Signature: */s/ Mary Boucher* _____
                                     **Mary Boucher**                                                          Debtor


Date: _____    Signature: _____
                                                   Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

AT&T Universal
17000 Cantrell Road, 1st Floor
Little Rock, AR   72223-4266


Beacon Hill Import Grocery Store
1 Woodfin Terrace
Marblehead, MA   01945


IRS
PO Box 7346
Philadelphia, PA   19101-7346


Jeffrey Baker, Esq.
Baker & Associates
Two West Hill Place, Suite 100
Boston, MA   02114


Marblehead Municipal Light Co
80 Commercial Street
Marblehead, MA   01945


Marblehead Water & Sewer
PO Box 1108
Marblehead, MA   01945


Northeast Medical Practices
PO Box 7091
Beverely, MA   01915


Ocwen Financial
1661 Worthington Road, Suite 100
West Palm Beach, FL   33409

Town Of Marblehead
Tax Collector
PO Box 3
Marblehead, MA   01945


Verizon
PO Box 1100
Albany, NY   12250-0001