UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

|  |  |
|---|---|
| In Re: ) | |
| ) | Chapter 13 |
| MARY BOUCHER, ) | Case No. 11-20497-WCH |
| ) | |
| Debtor ) | |

**MOTION BY DEBTOR FOR EXTENSION OF TIME**
**TO FILE SCHEDULES, AND STATEMENTS, AND PLAN**

Mary Boucher, the Chapter 13 debtor (the "Debtor"), hereby moves the Court for an Order extending the time by which the Debtor must file her bankruptcy Schedules, Statement of Financial Affairs, and Chapter 13 Plan for a seven (7) day period from November 22, 2011 to and including November 29, 2011. In support of this Motion, the Debtor states as follows:

1. On November 7, 2011, the Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code (the "Bankruptcy Code"). The Court currently requires all Schedules, Statements, and Plan be filed no later than November 22, 2011. The Section 341 creditors meeting has been scheduled for December 21, 2011.

2. The financial documents are in the possession of various third parties, including the Debtor's accountant and attorneys. As a result, the Debtor has not had sufficient opportunity to properly gather these materials, meet with her counsel, and prepare all necessary bankruptcy Schedules and Statements. Accordingly, the Debtor requests an additional seven (7) day extension to adequately compile and complete the preparation of these materials for filing with the Court.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order extending the time by which the Debtor must file her Schedules, and Statements for an additional seven (7) day

period, from November 22, 2011 to and including November 29, 2011, and granting such additional relief as the Court deems just and proper.

                          MARY BOUCHER
                          By her attorney,

                          /s/ George J. Nader
                          _____
                          George J. Nader
                          Riley & Dever, P.C.
                          210 Broadway, Suite 101
                          Lynnfield, MA 01940
                          (781) 581-9880
                          nader@rileydever.com

Dated: November 22, 2011

## CERTIFICATE OF SERVICE

I, George J. Nader, do hereby certify that I have this day served a copy of **MOTION BY DEBTOR FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS, AND PLAN,** by first class mail, postage prepaid to the individuals on the attached Service List, and electronically on all registered ECF users.

MARY BOUCHER
By her attorney,

/s/ George J. Nader

_____

George J. Nader
Riley & Dever, P.C.
210 Broadway, Suite 101
Lynnfield, MA 01940
(781) 581-9880
nader@rileydever.com

Dated: November 22, 2011

## Service List

Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA  02109

Carolyn Bankowski, Esq.
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA  02114

AT&T Universal
17000 Cantrell Road, 1st Floor
Little Rock, AR 72223-4266

Beacon Hill Import Grocery Store
1 Woodfin Terrace
Marblehead, MA 01945

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Jeffrey Baker, Esq.
Baker & Associates
Two West Hill Place, Suite 100
Boston, MA 02114

Marblehead Municipal Light Co
80 Commercial Street
Marblehead, MA 01945

Marblehead Water & Sewer
PO Box 1108
Marblehead, MA 01945

Northeast Medical Practices
PO Box 7091
Beverely, MA 01915

Ocwen Financial
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Town Of Marblehead
Tax Collector
PO Box 3
Marblehead, MA 01945

Verizon
PO Box 1100
Albany, NY 12250-0001